■   CHARLES SELIGSON, as Trustee in Bankruptcy of IRA HAUPT & Co. v. FIDELITY AND CASUALTY CO. OF NEW YORK.— Motion for leave to appeal on a certified question denied. The order involved is a final order and appeal to the Court of Appeals lies as of right in view of the two dissents in this court. Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.

## (June 15, 1971)

■   NATIONAL SURETY CORPORATION, Respondent-Appellant, v. FISHKILL NATIONAL BANK, Appellant-Respondent.— Judgment, Supreme Court, New York County, entered on January 28, 1970, so far as appealed from, unanimously affirmed on the opinion of HELMAN, J., at Trial Term (61 Misc 2d 579). Respondent-appellant National Surety shall recover of appellant-respondent $50 costs and disbursements of this appeal. No opinion. Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Steuer, JJ.

■   ROBERT A. KAHN, Respondent, v. MORITZ KOZLOWSKI, Appellant.— Order and judgment, Supreme Court, Bronx County, each entered on December 22, 1970, unanimously affirmed, without costs and without disbursements, the action having improperly been brought in the Supreme Court. We do not consider the utilization of CPLR 3213, no objection having been raised below to the procedure followed. Concur — Markewich, J. P., Nunez, Murphy, Steuer and Eager, JJ.

■   JOAN E. ALTSCHUL, Respondent, v. ALAN S. ALTSCHUL, Appellant.— Order, Supreme Court, New York County, entered on March 10, 1971, which awarded plaintiff temporary alimony and counsel fees, unanimously modified, on the law and the facts, to the extent of reducing the award of temporary alimony to $50 per week; and, as so modified, the order is otherwise affirmed, without costs and without disbursements. On the present record, the award for alimony was excessive to the extent indicated. Concur — Nunez, J. P., Kupferman, Murphy, Steuer and Eager, JJ.

(Republished)